FILED

DEC 05 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN HEMPHILL, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>SAN DIEGO ASSOCIATION OF REALTORS, INC., NORTH SAN DIEGO COUNTY ASSOCIATION OF REALTORS, INC., PACIFIC SOUTHWEST ASSOCIATION OF REALTORS, INC., EAST SAN DIEGO COUNTY ASSOCIATION OF REALTORS, INC., CORONADO ASSOCIATION OF REALTORS, INC., SANDICOR, INC.,<br><br>                      Defendants. | Case No.: 3:04cv1495-BEN-JMA<br><br>**ORDER GRANTING STIPULATION FOR APPROVAL OF MOTION FOR ATTORNEYS' FEES INCURRED TO MODIFY PERMANENT INJUNCTION**<br><br>**[Doc. No. 170, 174]** |

The Court, having considered the Motion for Approval of Attorneys' Fees Incurred to Modify the Permanent Injunction ( Doc. No. 170) filed by Defendant Sandicor, Inc. ("Defendant") and the Stipulation re Motion for Approval of Attorneys' Fees (Doc. No. 174) filed by Defendant and Plaintiff Alan Hemphill ("Plaintiff"), and finding good cause for same, the Court hereby **GRANTS** the Stipulation and Orders as follows:

1.     The requirements of Rule 23 have been satisfied;

2.     Defendant's Opposition to the Motion is withdrawn;

3.     The December 16, 2019 hearing date is vacated;

4.     Plaintiff and Defendant agree the hourly rates charged for attorney services (*ranging from $600 to $895*), as described in the Motion are reasonable;

1

5.    Plaintiff and Defendant agree that the number of hours worked (*82.5 hours of attorney time, and 45 hours of paralegal time*), as described in the Motion are reasonable;

6.    Defendant shall submit payment in the amount of $50,000 to Plaintiff for professional fees incurred in connection with the modification of the permanent injunction in lieu of the amount requested in the Motion.

7.    Defendant shall make said payment within 10 days of the entry of this Order.

**IT IS SO ORDERED.**

Dated: December _____, 2019

HON. ROGER T. BENITEZ
United States District Judge